Aryeh D. Schwartz (018911)
**SCHWARTZ LAW FIRM, P.L.L.C.**
201 North Central Avenue, 33rd Floor
Phoenix, Arizona 85004
602/229-8000

Attorney for Debtor, AMKIM, L.L.C.

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>AMKIM, L.L.C.,<br>          Debtor,<br><br>DESERT HILLS BANK,<br>          Movant,<br>   -vs-<br>AMKIM, L.L.C.,<br>          Respondent. | Chapter 11<br><br>No. 2:09-bk-01587-GBN<br><br>**RESPONDENT'S LIST OF WITNESSES AND EXHIBITS**<br><br>(Assigned to The Honorable George B. Nielsen, U.S.B.J.) |

Respondent, Debtor, AMKIM, L.L.C. (the "Debtor"), may call the following witnesses to testify at the hearing set for May 4, 2009 on the "Motion for Relief from the Automatic Stay" filed by Movant, Desert Hills Bank ("Desert Hills"):

1. Carl Twentier;
2. Any witnesses listed by Desert Hills.

The Debtor may submit the following exhibits at the hearing:

1. The Debtor's schedules;
2. Operating reports of the Debtor;
3. Operating reports of MaxArt Animal Hospital, Inc.;

4.      Any exhibits listed by Desert Hills.

        DATED this 20th day of May, 2009.

               **SCHWARTZ LAW FIRM, P.L.L.C.**


            By  /s/  Aryeh D. Schwartz
              Aryeh D. Schwartz
              Attorney for Debtor, AMKIM, L.L.C.


COPY of the foregoing mailed
this  20th  day of May, 2009, to:

John J. Fries, Esq.
RYLEY CARLOCK & APPLEWHITE
One North Central Avenue, Ste. 1200
Phoenix, Arizona 85004
Attorneys for Desert Hills Bank

Darryl Scott Darger, L.L.C.
31661 North Attaway Road
Queen Creek, Arizona 85243

Madeleine C. Wanslee, Esq.
GUST ROSENFELD, P.L.C.
201 East Washington, Ste. 800
Phoenix, Arizona 85004
Attorneys for Maricopa County Treasurer

OFFICE OF THE U.S. TRUSTEE
230 North First Avenue, Ste. 204
Phoenix, Arizona 85003


By /s/ Aryeh D. Schwartz

C:\CLIENTS\AmKim\Pleadings\list of wits & exs 04 20 09 - final.doc