# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

In re: )

)

AMKIM, L.L.C. )

)

)

)

)

)

Debtor )

)

CASE NO. 2:09-bk-01587-GBN

**BUSINESS AND INDUSTRY
MONTHLY OPERATING REPORT**

MONTH OF _____ Dec-09 _____

DATE PETITION FILED: 1/29/2009

TAX PAYER ID NO. : 20-0250165

Nature of Debtor's Business: _____ Single Property Commercial Real Estate Ownership

DATE DISCLOSURE STATEMENT FILED _____ TO BE FILED ___X___
DATE PLAN OF REORGANIZATION FILED __15-Jul-09__ TO BE FILED _____

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOLLOWING MONTHLY OPERATING REPORT AND
THE ACCOMPANYING ATTACHMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

RESPONSIBLE PARTY:

_____
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY

Carl Twentier
_____
PRINTED NAME OF RESPONSIBLE PARTY

Manager
_____
TITLE

1/5/2010
_____
DATE

PREPARER:

_____
ORIGINAL SIGNATURE OF PREPARER

Carl Twentier
_____
PRINTED NAME OF PREPARER

Manager
_____
TITLE

1/5/2010
_____
DATE

PERSON TO CONTACT REGARDING THIS REPORT: Carl Twentier

PHONE NUMBER: 602-257-0141

ADDRESS: 2320 W. Holly St. Phoenix, AZ 85009

**FILE ORIGINAL REPORT ELECTRONICALLY WITH THE COURT, FILE PAPER COPY WITH U.S. TRUSTEE'S OFFICE**

Case Number: 2:09-bk-01587-GBN

# CURRENT MONTH"S
# RECEIPTS AND DISBURSEMENTS

| | BANK ACCOUNTS | | | | Total |
|---|---|---|---|---|---|
| | DIP Operating 5005491559 | | | | |
| Balance at Beginning of Period | 121.52 | | | | 121.52 |

| RECEIPTS | | | | | |
|---|---|---|---|---|---|
| Cash Sales | 8900.00 | | | | 8900.00 |
| Accounts Rceivable - Prepetition | | | | | |
| Accounts Rceivable - Postpetition | | | | | |
| Loans and Advances | | | | | |
| Sale of Assets | | | | | |
| Transfers from Other DIP Accounts | | | | | |
| Other (attach list) | | | | | |
| | | | | | |
| TOTAL RECEIPTS | 8900.00 | | | | 8900.00 |

| DISBURSEMENTS | | | | | |
|---|---|---|---|---|---|
| Business - Ordinary Operations | 8953.35 | | | | 8953.35 |
| Capitol Improvements | | | | | |
| Pre-Petition Debt | | | | | |
| Transfers to Other DIP Accounts | | | | | |
| Other (attach list) | | | | | |
| | | | | | |
| | | | | | |
| Reorganization Expenses: Attorney Fees | | | | | |
| Accountant Fees | | | | | |
| Other Professional Fees | | | | | |
| U. S. Trustee Quarterly Fee | | | | | |
| Court Costs | | | | | |
| | | | | | |
| TOTAL DISBURSEMENTS | 8953.35 | | | | 8953.35 |

| Balance at End of Month | 68.17 | | | | 68.17 |
|---|---|---|---|---|---|

*Information provided above should reconcile with balance sheet and income statement amounts

| DISBURSEMENTS FOR CALCULATING QUARTERLY FEES: | |
|---|---|
| Total Disbursements From Above | 8953.35 |
| Less: Transfers to Other DIP Accounts | |
| Plus: Estate Disbursements Made by Outside Sources (payments from escrow; 2-party check; etc.) | |
| Total Disbursements for Calculating Quarterly Fees | 8953.35 |

AmKim is a cash basis company. Page 2, Current Month's Receipts and Disbursements and Page 8, Disbursement Detail, will provide the details of all cash receipts and payments.

Case Number: 2:09-bk-01587-GBN

# INCOME STATEMENT
(Accrual Basis)

*Debtor's own form may be substituted if (1) it is prepared in accordance with generally accepted accounting principals,
(2) year-to-date and filing-to-date information is provided, and (3) if reorganization expenses are segregated in the statement.

| REVENUES | Current Month | Year to Date | Total Since Filing |
|---|---|---|---|
| Gross Revenue | | | |
| Less:  Returns & Discounts | | | |
| Net Revenue | | | |

| COST OF GOODS SOLD | | | |
|---|---|---|---|
| Material | | | |
| Direct Labor | | | |
| Direct Overhead (attach detail) | | | |
| Total Cost of Goods Sold | | | |

| GROSS PROFIT | | | |
|---|---|---|---|

| OPERATING EXPENSES | | | |
|---|---|---|---|
| Officer/Insider Compensation | | | |
| Selling & Marketing  (attach detail) | | | |
| General & Administrative (attach detail) | | | |
| Other Expenses (attach detail) | | | |
| Total Operating Expenses | | | |

| Income Before Non-operating Income and Expense | | | |
|---|---|---|---|

| OTHER INCOME & EXPENSE | | | |
|---|---|---|---|
| Other Income (attach list) | | | |
| Other Expense (attach list) | | | |
| Interest Expense | | | |
| Depreciation/Depletion | | | |
| Amortization | | | |
| Net Other Income & Expense | | | |

| Income Before Reorganization Expense | | | |
|---|---|---|---|

| REORGANIZATION EXPENSES | | | |
|---|---|---|---|
| Professional Fees | | | |
| U.S. Trustee Fees | | | |
| Other (attach list) | | | |
| Total Reorganization Expenses | | | |

| Income Tax | | | |
|---|---|---|---|

| NET PROFIT OR (LOSS) | | | |
|---|---|---|---|

AmKim's books have not been closed properly from 2008 so this balance sheet does not properly reflect the status of certain accounts. In particular the Current Asset Cash Accounts are wrong. They are properly reflected in the attached bank statements.

Other amounts related to the property and land and liabilities are materially accurate.

ASSETS

| | | |
|---|---:|---:|
| Current Assets | | |
| Checking Account | $ (36,683.38) | |
| WF - Checking Account | (133,084.96) | |
| **Total Current Assets** | | (169,768.34) |
| Property and Equipment | | |
| Building - Power Road | 588,050.00 | |
| Depreciation - Power Road | (48,375.29) | |
| Land - Power Road | 361,950.00 | |
| Accumulated Amortization | (3,259.70) | |
| **Total Property and Equipment** | | 898,365.01 |
| Other Assets | | |
| Financing Costs | 20,587.69 | |
| **Total Other Assets** | | 20,587.69 |
| **Total Assets** | | $ 749,184.36 |

LIABILITIES AND CAPITAL

| | | |
|---|---:|---:|
| Current Liabilities | | |
| Sales Tax Payable | $ (5,030.00) | |
| **Total Current Liabilities** | | (5,030.00) |
| Long-Term Liabilities | | |
| Note Payable - Desert Hills Ba | 483,054.61 | |
| Note Payable - Dargers | 161,008.17 | |
| Payable to MaxArt | 20,587.69 | |
| Due to Power Road | 3,370.76 | |
| **Total Long-Term Liabilities** | | 668,021.23 |
| **Total Liabilities** | | 662,991.23 |
| Capital | | |
| Member's Capital-Carl | 67,746.87 | |
| Member's Capital-Patricia | 67,746.86 | |
| Current Earnings | (40,621.77) | |
| Net Income | (8,678.83) | |
| **Total Capital** | | 86,193.13 |
| **Total Liabilities & Capital** | | $ 749,184.36 |

# COMPARATIVE BALANCE SHEET
(Accrual Basis)

*Debtor's own form may be substituted if (1) it is prepared in accordance with generally accepted accounting principals, (2) current and prior period information is provided, and (3) if pre-petition and post-petition liabilities are segregated.

| ASSETS | SCHEDULE AMOUNT[1] | CURRENT MONTH | PRIOR MONTH |
|---|---|---|---|
| Unrestricted Cash | | | |
| Restricted Cash | | | |
| Total Cash | | | |
| Accounts Receivable (net) | | | |
| Inventory | | | |
| Notes Receivable | | | |
| Prepaid Expenses | | | |
| Other (attach list) | | | |
| Total Current Assets | | | |
| Property, Plant & Equipment | | | |
| Less: Accumulated Depreciation | | | |
| Net Property, Plant & Equip. | | | |
| Due From Insider(s) | | | |
| Other Assets - net (attach list) | | | |
| Other (attach list) | | | |
| TOTAL ASSETS | | | |
| POST-PETITION LIABILITIES | | | |
| Accounts Payable | | | |
| Taxes Payable | | | |
| Notes Payable | | | |
| Professional Fees | | | |
| Secured Debt | | | |
| Other (attach list) | | | |
| Total Post-Petition Liabilities | | | |
| PRE-PETITION LIABILITIES | | | |
| Secured Debt | | | |
| Priority Debt | | | |
| Unsecured Debt | | | |
| Other (attach list) | | | |
| Total Pre-Petition Liabilities | | | |
| TOTAL LIABILITIES | | | |
| EQUITY | | | |
| Pre-petition Owner's Equity | | | |
| Post-Petition Cumulative Profit/Loss | | | |
| Direct Charges to Equity (explain) | | | |
| Total Equity | | | |
| TOTAL LIABILITIES & OWNER'S EQUITY | | | |

[1] This column should reflect the information provided in Schedules A, B, C, D, E, and F filed with the Court

# STATUS OF ASSETS

*Information provided on this page should reconcile with balance sheet amounts

| ACOUNTS RECEIVABLE | TOTAL | 0-30 Days | 31-60 Days | 60+ Days |
|---|---|---|---|---|
| Total Accounts Receivable | None | | | |
| Less Amount Considered Uncollectible | | | | |
| Net Accounts Receivable | | | | |

| DUE FROM INSIDER | |
|---|---|
| Schedule Amount | None |
| Plus: Amount Loaned Since Filing Date | |
| Less: Amount Collected Since Filing Date | |
| Less: Amount Considered Uncollectible | |
| Net Due From Insiders | None |

| INVENTORY | |
|---|---|
| Beginning Inventory | None |
| Plus: Purchases | |
| Less: Cost of Goods Sold | |
| Ending Inventory | |

Date Last Inventory was taken: _____

| FIXED ASSETS | SCHEDULE AMOUNT | ADDITIONS | DELETIONS | CURRENT AMOUNT |
|---|---|---|---|---|
| Real Property | | | | |
| Buildings | See Balance Sheet | | | |
| Accumulated Depreciation | | | | |
| Net Buildings | | | | |
| Equipment | None | | | |
| Accumulated Depreciation | | | | |
| Net Equipment | | | | |
| Autos/Vehicles | None | | | |
| Accumulated Depreciation | | | | |
| Net Autos/Vehicles | | | | |

Provide a description of fixed assets added or deleted during the reporting period; include the date of Court order:

zw _____

_____

_____

# STATUS OF LIABILITIES
# AND SENSITIVE PAYMENTS

*Information provided on this page should reconcile with balance sheet and disbursement detail amounts

| POST-PETITION LIABILITIES | TOTAL | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days |
|---|---|---|---|---|---|
| Accounts Payable * | None | | | | |
| Taxes Payable | | | | | |
| Notes Payable | | | | | |
| Professional Fees Payable | | | | | |
| Secured Debt | | | | | |
| Other (attach list) | | | | | |
| | | | | | |
| **Total Post-Petition Liabilities** | None | | | | |

*DEBTOR MUST ATTACH AN AGED ACCOUNTS PAYABLE LISTING

## PAYMENTS TO INSIDERS AND PROFESSIONALS

| Insiders | | | |
|---|---|---|---|
| Name | Reason for Payment | Amount Paid this Month | Total Paid to Date |
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **Total Payments to Insiders** | | | |

| Professionals | | | | |
|---|---|---|---|---|
| Name | Date of Court Order Authorizing Payment | Amount Aproved | Amount Paid this Month | Total Paid to Date |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Total Payments to Proffessionals** | | | | |

# CASE STATUS

## QUESTIONAIRE

|  | YES | NO |
|---|---|---|
| Have any funds been disbursed from any accounts other than a Debtor-in-Possession account? |  | X |
| Are any post-petition receivables (accounts, notes or loans) due from related parties? |  | X |
| Are any wages past due? |  | X |
| Are any U. S. Trustee quarterly fees delinquent? |  | X |

Provide a detailed explaination of any "YES" answers to the above questions: (attach additional sheets if needed)

Current number of employees: _____0_____

**INSURANCE**

| Carrier & Policy Number | Type of Policy | Period Covered | Payment Amount & Frequency |
|---|---|---|---|
| CNA 30073144565 | Prop & Liability | 2009 | Monthly |
| (Insurance is held by MaxArt Animal Health, tenant and co-maker of the note to Deserts Hills Bank) | | | |
|  |  |  |  |
|  |  |  |  |

**What steps have been taken to remedy the problems which brought on the chapter 11 filing?**

Operations of the operating company, MaxArt Animal Health, have been consolidated at this location
and have been profitable since January 2009. Note payments to Desert Hills Bank are current since the
filing of this case.

**Identify any matters that are delaying the filing of a plan of reorganization:**

Plan was filed on July 15, 2009

Case Number: 2:09-bk-01587-GBN

# DISBURSEMENT DETAIL

Please use a separate form for each bank account

**Month:** Dec-09
**Account #** 5005491559

**Bank Name** Wells Fargo

| Cash/Electronic Disbursements | | | |
|---|---|---|---|
| Date | Payee | Purpose | Amount |
| 12/24/2009 | Wells Fargo Bank | Bank Fees | 35.00 |
| 12/28/2009 | Wells Fargo Bank | Bank Fees | 8.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | Total Cash/Electronic Disbursements | 43.00 |

| CHECKS ISSUED | | | | |
|---|---|---|---|---|
| Check Number | Date | Payee | Purpose | Amount |
| 6020 | 12/16/2009 | Scott Darger LLC | Note Payment | 2910.35 |
| 6019 | 12/23/2009 | Desert Hills Bank | Note Payment | 6000.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Total checks listed on this page | | | | 8910.35 |
| Total checks listed on continuation pages | | | | |

| TOTAL DISBURSEMENTS FOR THE MONTH (include cash/electronic disbursements) | 8953.35 |
|---|---|

# Business Checking



AMKIM LLC
DEBTOR IN POSSESSION
CH-11 CASE 08-00993(AZ)
3422 E FOX ST
MESA AZ 85213-5534

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)
*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (038)
P.O. Box 2908
Phoenix, AZ 85062-2908

## Your Business and Wells Fargo

Discover Wells Fargo's online educational resources, including audio and video content, newsletters and articles that provide information, strategies and actionable tips to help your business navigate today's challenging environment. To find out more visit wellsfago.com/biz/education.

## Account options

*A check mark in the box indicates you have these convenient services with your account. Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Rewards for Business Check Card | ☐ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

Account number: **5005491559**

**AMKIM LLC**
**DEBTOR IN POSSESSION**
**CH-11 CASE 08-00993(AZ)**

*Arizona account terms and conditions apply*

For Direct Deposit and Automatic Payments use
Routing Number (RTN): 122105278

For Wire Transfers use
Routing Number (RTN): 121000248

## Activity summary

| | |
|---|---:|
| Beginning balance on 12/1 | $121.52 |
| Deposits/Credits | 8,900.00 |
| Withdrawals/Debits | - 8,953.35 |
| **Ending balance on 12/28** | **$68.17** |
| Average ledger balance this period | $223.76 |

### Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed at the top of your statement or visit your Wells Fargo branch.



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|----------------------|
| 12/15 | | Online Transfer Ref #Ibemmfkg9Z From Expanded Bus Services Pack 2302 to 1559 Rent | 6,000.00 | | 6,121.52 |
| 12/16 | 6019 | Check | | 6,000.00 | 121.52 |
| 12/23 | 6020 | Check | | 2,910.35 | -2,788.83 |
| 12/24 | | Overdraft Fee | | 35.00 | |
| 12/24 | | Online Transfer Ref #Ibemmgg5Yw From Expanded Bus Services Pack 2302 to 1559 Rent | 2,900.00 | | 76.17 |
| 12/28 | | Monthly Service Fee | | 8.00 | 68.17 |
| **Ending balance on 12/28** | | | | | 68.17 |
| **Totals** | | | **$8,900.00** | **$8,953.35** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Summary of checks written *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|
| 6019 | 12/16 | 6,000.00 | 6020 | 12/23 | 2,910.35 |

 IMPORTANT ACCOUNT INFORMATION

Important Information - Effective March 17, 2010

Wells Fargo Business Platinum Check Card or Business ATM Card Transactions: The Foreign Currency Conversion Fee will be re-named International Purchase Transaction Fee. The fee for either network or merchant converted transactions completed outside the United States will be 3% of the transaction amount. You may transfer available funds between your linked primary checking and primary savings accounts at select non-Wells Fargo ATMs. The fee to transfer funds or to request a balance inquiry at non-Wells Fargo ATMs is $2.00 each (U.S. and International).

Collections-Domestic: Incoming/Outgoing Items with or without Documentation will be $25 per Item. There will be a $25 Incoming/Outgoing Domestic Collection fee for Inbound Without Entry Claims.

Foreign & International Services: Foreign Drafts, $30 per order. International Item Collection of $250 or more, $75 each.

Branch Deposit Corrections fee will be $7.50 per correction.

For questions, please contact your local banker or call the phone number at the top of your statement. Your charges may vary depending on your account relationship. We appreciate your business and look forward to continuing to service your financial needs.



---

## General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your                  $ _____
your register or transfers into              $ _____
your account which are not                  $ _____
shown on your statement.                  + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | **Total amount $** |  |

©2009 Wells Fargo Bank, N.A. All rights reserved. Member FDIC.